# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 23, 2015

### NO. 03-14-00574-CV

**Sharon Lee Hanson, Appellant**

**v.**

**Guy Robb Cowen, Appellee**

**APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the order signed by the trial court on April 29, 2014. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.